NO. SCWC-29287

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee/Cross-Appellant,

vs.

KIRK MATTHEW LANKFORD,
Petitioner/Defendant-Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29287; CR. NO. 07-1-0822)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant/Cross-Appellee

Kirk Matthew Lankford's application for writ of certiorari, filed

on August 24, 2011, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 4, 2011.

Jon N. Ikenaga,                    /s/ Mark E. Recktenwald
Deputy Public Defender,
for petitioner/defendant-          /s/ Paula A. Nakayama
appellant/cross-appellee
on the application                 /s/ Simeon R. Acoba, Jr.

Donn Fudo, Deputy                  /s/ James E. Duffy, Jr.
Prosecuting Attorney,
for respondent/plaintiff-          /s/ Sabrina S. McKenna
appellee/cross-appellant
on the response

